1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| WESLEY CARROLL, | ) 1:11-cv-01046 MJS |
| Petitioner, | ) ORDER REVOKING IN FORMA |
| | ) PAUPERIS STATUS ON APPEAL |
| v. | ) |
| | ) |
| U.S. DISTRICT COURT, WESTERN | ) |
| DISTRICT OF PA, et al., | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

12
13
14
15
16
17
18
19        This case was dismissed for lack of jurisdiction by Order filed November 1, 2011, and

20   judgment thereon entered.[1] After Petitioner, a federal prisoner who proceeded pro se and in

21   forma pauperis in the district court, filed a notice of appeal, the Ninth Circuit referred this

22   matter "for the limited purpose of determining whether in forma pauperis status should

23   continue for this appeal or whether the appeal is frivolous or taken in bad faith." (ECF No. 13.)

24        The Court of Appeals referenced 28 U.S.C. § 1915(a)(3) and <u>Hooker v. American</u>

25   <u>Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002). <u>Id.</u> Section 1915(a)(3) states:"[a]n appeal may

26   not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good

27

28        [1]Plaintiff consented to the jurisdiction of the undersigned. (ECF No. 5.)

1  faith." <u>Hooker</u> is stands for the principle that "revocation of forma pauperis status is

2  appropriate where district court finds the appeal to be frivolous."[2] <u>Id.</u>

3       The Court of Appeals requested notification within 21 days of this Court's determination

4  as to whether in forma pauperis status should be revoked on appeal.  If not revoked,

5  Petitioner's in forma pauperis status would be continued automatically. <u>Id.</u>, citing Fed. R. App.

6  P. 24(a).

7       Having reviewed the record herein, the Court finds that Petitioner's appeal is not taken

8  in good faith.  This case was dismissed for lack of jurisdiction.  Petitioner had sought this

9  Court's order directing another court to act as Petitioner sought.  As noted in the Order of

10 dismissal (ECF No. 6), "This Court cannot issue a writ of mandamus under Section 1651 to

11 compel other federal district courts to act."

12      Petitioner's appeal is frivolous and not taken in good faith. Accordingly, it is HEREBY

13 ORDERED that Petitioner's in forma pauperis status is REVOKED for purposes of his appeal.

14 The Clerk is directed to provide a copy of this Order to the Clerk of the United States Court of

15 Appeals for the Ninth Circuit.

16 IT IS SO ORDERED.

17 Dated:    December 21, 2011              /s/ *Michael J. Seng*

18                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

---

28
    [2]In <u>Hooker</u>, the Ninth Circuit held that plaintiff was entitled to in forma pauperis status for the entire appeal
    because the district court had found portions of the appeal were taken in good faith. 302 F.3d at 1092.

U.S. District Court

E. D. California