UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY CARROLL, | ) | 1:11-cv-01046 MJS |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION TO STAY |
| | ) | |
| v. | ) | (Doc. 17) |
| | ) | |
| U.S. DISTRICT COURT, WESTERN DISTRICT OF PA, et al., | ) | |
| | ) | |
| Respondent. | ) | |

The Court dismissed the action on November 1, 2011, and the Ninth Circuit Court of Appeal dismissed Petitioner's appeal on March 19, 2012 for failure to respond to orders of the court. On January 25, 2012, Petitioner filed a motion to stay the issuance of the mandate pending review of the United States Supreme Court. Petitioner has not sought review of the Supreme Court, and is not able to do so at this time. Accordingly, the Court hereby dismisses Petitioner's motion to stay as MOOT.

IT IS SO ORDERED.

Dated:  September 27, 2012           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE